FEDERMAN & SHERWOOD
WILLIAM B. FEDERMAN
10205 N. Pennsylvania Avenue
Oklahoma City, OK  73120
Telephone:  405/235-1560
405/239-2112 (fax)

LAW OFFICES OF MARC S. HENZEL
MARC S. HENZEL
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA  19004
Telephone:  610/660-8000
610/660-8080 (fax)

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| SANJAY ISRANI, derivatively on behalf of Nominal Defendant NightHawk Radiology Holdings, Inc., <br><br>      Plaintiff, <br><br> vs. <br><br>PAUL E. BERGER, et al., <br><br>      Defendants. <br><br> And <br><br>NIGHTHAWK RADIOLOGY HOLDINGS, INC., <br><br>      Nominal Defendant. | Case No. 10-cv-00450-BLW <br><br> STIPULATION REGARDING CASE MANAGEMENT |

WHEREAS, on September 8 2010, plaintiff Sanjay Israni filed a shareholder derivative action on behalf of Nighthawk Radiology Holdings, Inc. under the caption, *Sanjay Israni v. Berger*, No. 10-cv-00450-BLW, in the United States District Court for the District of Idaho (the "Federal Action");

WHEREAS, on September 8, 2010, David Jarrett filed a shareholder derivative action on behalf of Nighthawk Radiology Holdings, Inc. under the caption *David Jarrett v. Berger*, No. CV-10-7752, in the District Court of the First Judicial District of the State of Idaho for Kootenai County (the "State Action);

WHEREAS, both the *Jarrett* and *Israni* complaints assert claims on behalf of Nighthawk against certain current and former members of its Board of Directors and executive officers for breach of fiduciary duty;

WHEREAS, both Complaints allege that defendants breached their fiduciary duties to shareholders by issuing false and misleading statements to shareholders regarding the integration of recently acquired companies in violation of state and federal law and that Nighthawk was damaged thereby;

WHEREAS, plaintiffs, defendants, and nominal party Nighthawk agree that, given the substantial factual and legal overlap of the Federal Action and the State Action, the parties and the Court's resources are most efficiently allocated by staying the State Action and proceeding in the Federal Action;

WHEREAS, the parties are simultaneously filing a stipulation in the State Action seeking a stay of that litigation in favor of the above captioned action;

WHEREAS, the parties have met-and-conferred on a briefing schedule in the above captioned litigation;

STIPULATION REGARDING CASE MANAGEMENT - 1 -
586679_1

THEREFORE, IT IS HEREBY AGREED AND STIPULATED by and among plaintiffs, defendants, and nominal party Nighthawk, by their respective counsel of record, as follows:

1. Defendants' and nominal party Nighthawk's answers and/or other responses to the Complaint shall be filed with the Court and served upon the parties on or before January 17, 2011;

2. If one or more defendants and/or nominal party Nighthawk file a motion requiring a response, plaintiff's opposition to such motion shall be filed with the Court and served upon the parties 30 days thereafter; and

3. Defendants' and/or nominal party Nighthawk's reply to plaintiff's opposition shall be filed with the Court and served upon the parties 15 days thereafter.

DATED: November 19, 2010                FEDERMAN & SHERWOOD
                                        WILLIAM B. FEDERMAN


                                          s/William B. Federman
                                        WILLIAM B. FEDERMAN

                                        10205 N. Pennsylvania Avenue
                                        Oklahoma City, OK  73120
                                        Telephone:  405/235-1560
                                        405/239-2112 (fax)

                                        LAW OFFICES OF MARC S. HENZEL
                                        MARC S. HENZEL
                                        273 Montgomery Avenue, Suite 202
                                        Bala Cynwyd, PA  19004
                                        Telephone:  610/660-8000
                                        610/660-8080 (fax)

                                        PEDERSEN AND WHITEHEAD
                                        KENNETH L. PEDERSEN
                                        JAROM A. WHITEHEAD
                                        161 5th Avenue S., Ste. 301
                                        P.O. Box 2349
                                        Twin Falls, ID 83303-2349
                                        Telephone: 208/734-2552
                                        208/734-2772

                                        Attorneys for Plaintiff

DATED: November 18, 2010

GREENER BURKE SHOEMAKER P.A.
RICHARD H. GREENER

_____
RICHARD H. GREENER

The Banner Bank Building
950 W. Bannock Street, Suite 900
Boise, ID 83702
Telephone: 208/319-2600
208/319-2601 (fax)

Attorneys for Defendants

STIPULATION REGARDING CASE MANAGEMENT - 3 -
586679_1