RICHARD H. GREENER, ISB #1191
**GREENER BURKE & SHOEMAKER P.A.**
The Banner Bank Building
950 W. Bannock Street, Suite 900
Boise, ID  83702
Telephone:   208/319-2600
Facsimile:   208/319-2601
Email:       rgreener@greenerlaw.com

GREGORY L. WATTS, *pro hac vice*
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone:   650/493-9300
Facsimile:   650/493-6811
Email:       gwatts@wsgr.com

CLAIRE L. DAVIS, *pro hac vice*
**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:   206/883-2500
Facsimile:   206/883-2699
Email:       cldavis@wsgr.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SANJAY ISRANI, derivatively on behalf of Nominal Defendant NightHawk Radiology Holdings, Inc.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>PAUL E. BERGER, et al.,<br><br>                    Defendants,<br>     and<br><br>NIGHTHAWK RADIOLOGY HOLDINGS, INC.,<br><br>                    Nominal Defendant. | Case No. 2:10-cv-00450-BLW<br><br>**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION** |

COME NOW, defendants Paul E. Berger, Jon D. Berger, Timothy M. Mayleben, Glenn R. Cole, Charles R. Bland, David J. Brophy, and Peter Y. Chung (collectively "Defendants"), by and through their counsel of record, Greener Burke Shoemaker P.A. and Wilson Sonsini Goodrich & Rosati, P.C., and pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, hereby move this Court for an Order dismissing Plaintiff's Verified Shareholder Derivative Complaint for lack of subject matter jurisdiction.

The basis for Defendants' Motion to Dismiss is that plaintiff Sanjay Israni lacks standing to maintain this derivative claim on behalf of NightHawk Radiology Holdings, Inc. ("NightHawk").  In order to maintain a derivative action under Delaware law, plaintiff must continue to be a stockholder of the corporation on whose behalf he purports to sue for the duration of the action.  Plaintiff ceased being a stockholder in Nighthawk on December 22, 2010, when Nighthawk was acquired by Virtual Radiologic Corporation ("vRad") and became a wholly-owned subsidiary of vRad, and Nighthawk stockholders received cash in exchange for their stock.

Defendants' Motion to Dismiss is supported by the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, and the Declaration of Claire L. Davis with exhibits filed concurrently in connection therewith, all pleadings and papers filed herein, arguments of counsel and any other matters properly before the Court.

Oral argument is requested.

Respectfully submitted,

Dated this 14th day of January 14, 2011.

/s/Gregory L. Watts
GREGORY L. WATTS, *pro hac vice*
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA  94303
Telephone: 650/565-3916
Facsimile: 650/565-5100
Email:     gwatts@wsgr.com

CLAIRE L. DAVIS, *pro hac vice*
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:206/883-2500
Facsimile: 206/883-2699
Email:     cldavis@wsgr.com

Lead Counsel for Defendants


/s/Richard H. Greener
RICHARD H. GREENER
**GREENER BURKE SHOEMAKER P.A.**
950 W. Bannock Street, Suite 900
Boise, ID  83702
Telephone:208/319-2600
Facsimile: 208/319-2601
Email:     rgreener@greenerlaw.com

Liaison Counsel for Defendants

**DEF'S MOTION TO DISMISS**
**VERIFIED DERIVATIVE COMPLAINT**
2:10-CV-00450-BLW

3

**WILSON SONSINI GOODRICH & ROSATI**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 14th day of January, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>**Kenneth L Pedersen**
>klpedersen@pedersen-law.com

>**William B Federman**
>wbf@federmanlaw.com

>**Jarom A Whitehead**
> jwhitehead@pedersen-law.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

>Via First Class mail, postage prepaid, addressed as follows:

>>**Marc S Henzel**
>>273 Montgomery Ave, Suite 202
>>Bala Cynwyd, PA 19004

Dated:  January 14, 2011

/s/Gregory L. Watts
GREGORY L. WATTS

DEF'S MOTION TO DISMISS
VERIFIED DERIVATIVE COMPLAINT
2:10-CV-00450-BLW

4

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699